UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LISA M. MEDEIROS, | ) |
| | ) |
| Plaintiff, | ) |
| | )   1:10-cv-1358- SEB-DML |
| vs. | ) |
| | ) |
| WESTVILLE D.O.C., | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the Court's Order of Dismissal, it is now adjudged that this case is DISMISSED WITHOUT PREJUDICE.


Date:  05/16/2011

*Sarah Evans Barker*

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana


Copy to:

LISA M. MEDEIROS
121 Kosciusko St.
La Porte, IN 46350